Ellen I. Ballard, as Executrix, etc., Respondent, *v.* The Hitchcock Manufacturing Company, Appellant.*

(Argued February 27, 1895; decided March 19, 1895.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made the second Tuesday of September, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*O. U. Kellogg* for appellant.

*Franklin Pierce* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

*Reported below, 71 Hun, 582.